IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JACQUELYN KREISEL,**

      **Plaintiff,**

vs.                                            Case No.: 2:15-cv-1791
                                                 **JUDGE SMITH**
                                                 **Magistrate Judge Deavers**

**LIBERTY LIFE ASSURANCE**
**COMPANY OF BOSTON,**

      **Defendant.**

## ORDER

On February 24, 2016, the United States Magistrate Judge issued a *Report and Recommendation* recommending that this case be dismissed for failure to prosecute.  (*See* Doc. 17).  This case was reported settled, but the parties failed to file an entry of dismissal or a status report as ordered.  This Court subsequently issued a show cause order to Plaintiff ordering her to show cause why this case should not be dismissed for want of prosecution and to date, Plaintiff has not responded to the show cause order.

The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

Accordingly, the *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.**  This case is hereby dismissed for failure to prosecute.

The Clerk shall remove Document 17 from the Court's pending motions list and close this case.

**IT IS SO ORDERED**.

*/s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**